UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL SIMS,

                Plaintiff,

-against-

JACK SHAPIRO; CINDY KATZ,

                Defendants.

24-CV-2383 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 9, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 9, 2024
             New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                      Chief United States District Judge